```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 32285
   DELOIS P WOOTEN
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-9824

------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 08/31/2004 and was confirmed 01/12/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 05/21/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT   INTEREST      PRINCIPAL
                                                          PAID           PAID
------------------------------------------------------------------------
MIDLAND MORTGAGE CO       MORTGAGE ARRE    1539.61          .00        1539.61
MIDLAND MORTGAGE CO       NOTICE ONLY    NOT FILED          .00            .00
MIDLAND MORTGAGE CO       CURRENT MORTG       .00           .00            .00
MIDLAND MORTGAGE CO       NOTICE ONLY    NOT FILED          .00            .00
CITIFINANCIAL MORTGAGE C  MORTGAGE ARRE    3722.87          .00        3722.87
CITIFINANCIAL MORTGAGE C  CURRENT MORTG       .00           .00            .00
CITIFINANCIAL MORTGAGE C  NOTICE ONLY    NOT FILED          .00            .00
ARONSON FURNITURE         UNSEC W/INTER    1093.21       181.73         681.25
AAC                       UNSEC W/INTER  NOT FILED          .00            .00
ASSET ACCEPTANCE CORP     UNSEC W/INTER    3467.47       576.01        2160.80
AMERICREDIT FINANCIAL SV  SECURED           561.15        88.87         561.15
ARONSON FURNITURE         SECURED           548.00        86.82         548.00
HELLER & RICHMOND~        DEBTOR ATTY      1,444.00                    1,444.00
TOM VAUGHN                TRUSTEE                                        708.89
DEBTOR REFUND             REFUND                                            .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                     RECEIPTS             DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE              12,300.00

PRIORITY                                        .00
SECURED                                    6,371.63
   INTEREST                                  175.69
UNSECURED                                  2,842.05
   INTEREST                                  757.74
ADMINISTRATIVE                             1,444.00
TRUSTEE COMPENSATION                         708.89
DEBTOR REFUND                                   .00
                    ---------------      ---------------
TOTALS              12,300.00              12,300.00

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 32285 DELOIS P WOOTEN
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 08/26/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 04 B 32285 DELOIS P WOOTEN